﻿Citation Nr: 18124196
Decision Date: 08/06/18 Archive Date: 08/06/18

DOCKET NO. 15-19 950
DATE: August 6, 2018
ORDER
The petition for an effective date prior to February 29, 2012 for the grant of service connection for posttraumatic stress disorder with secondary major depressive disorder and alcohol abuse in sustained remission (PTSD) is dismissed.
FINDING OF FACT
In a July 2018 letter, prior to the promulgation of a decision in the appeal seeking an effective date prior to February 29, 2012 for the grant of service connection for PTSD, the Veteran withdrew the appeal as to this claim; there are no questions of fact or law remaining before the Board in this matter.
CONCLUSION OF LAW
The criteria for withdrawal of the appeal for an effective date prior to February 29, 2012 for the grant of service connection for PTSD are met. 38 U.S.C. §§ 7105(b)(2), (d)(5); 38 C.F.R. §§ 20.202, 20.204.
REASONS AND BASES FOR FINDING AND CONCLUSION
The Veteran served on active duty from May 1970 to February 1972.
This matter is before the Board of Veterans’ Appeals (Board) on appeal of an October 2012 rating decision of a Regional Office (RO) of the Department of Veterans Affairs (VA). 
At his request, the Veteran was scheduled for a Board videoconference hearing in August 2018. Prior to the hearing, the Veteran withdrew the appeal. 
The Board may dismiss any appeal which fails to allege specific error of fact or law in the determination being appealed. 38 U.S.C. § 7105. An appeal may be withdrawn as to any or all issues involved in the appeal at any time before the Board promulgates a decision. 38 C.F.R. § 20.204. Withdrawal may be made by the appellant or by his or her authorized representative. 38 C.F.R. § 20.204. 
In a July 2018 letter, prior to the promulgation of a decision in the appeal seeking an effective date prior to February 29, 2012 for the grant of service connection for PTSD, the Veteran withdrew the appeal as to this claim. This withdrawal was also 
 
signed by the Veteran’s attorney. Thus, there remain no allegations of errors of fact or law for appellate consideration as to this issue. Accordingly, the Board does not have jurisdiction to review the appeal as to this claim and it is dismissed.

 
M. C. GRAHAM
Veterans Law Judge
Board of Veterans’ Appeals
ATTORNEY FOR THE BOARD K. Hughes, Counsel